PS 42
(Rev. 7/93)

# United States District Court
## FOR THE
## Western District Of Pennsylvania

WESTERN DISTRICT OF PA
**RECEIVED**
OCT 0 9 2008
U.S. PROBATION & PRETRIAL
SERVICES OFFICE

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Eric Lee Brown ) | Case No. 0315 2:07CR00318-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eric Lee Brown, have discussed with John Kuklar, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

To continue on pretrial supervision without the need for electronic monitoring/GPS tracking. All other conditions of supervision shall remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-01-08        _____  10-1-08
Signature of Defendant      Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              10-3-08
Signature of Defense Counsel          Date

☑ The above modification of conditions of release is ordered, to be effective on  10/30/08 .
☐ The above modification of conditions of release is *not* ordered.

_____              10/30/08
Signature of Judicial Officer          Date