```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,   )
                            )
    vs.                     )   Criminal No. 07-318
                            )
ERIC LEE BROWN,             )
    Defendant.              )

<u>ORDER</u>

AND NOW, this 16th day of March, 2010, upon consideration of defendant's Motion to Order the Probation Office to Conduct a Pre-Plea Criminal History Investigation [document #61], IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that, by May 17, 2010, the United States Probation Office for this District is directed to prepare and forward to respective counsel, a copy of a pre-sentence report, limited to a determination of defendant's criminal history points and category, and whether the Defendant is a career offender under Section 4B1.1 of the Sentencing Guidelines.

IT IS FURTHER ORDERED that the period of time to file pretrial motions is also extended until May 17, 2010.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time from the date of this order until May 17, 2010 shall be deemed excludable delay under the Speedy Trial Act as the Court concludes that the ends of justice served by granting this extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster          ,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      William H. Difenderfer, Esquire
      304 Ross Street, Suite 400
      Pittsburgh, PA 15219

      U.S. Probation