IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                            )
        v.                  ) Criminal No. 07-318
                            )
ERIC LEE BROWN,             )
        Defendant.          )

ORDER

AND NOW, this 31st day of August, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 21, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, September 10, 2010 at 11:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster        ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Almon S. Burke, Jr.,
    Assistant United States Attorney

    William H. Difenderfer, Esquire
    304 Ross Street, Suite 400
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation